

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW JACKSON | : | CIVIL ACTION |
| v. | : | |
| EMMETT CAINE, et al. | : | NO. 06-5493 |

FILED

### ORDER

AND NOW, this 23 day of January, 2008, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Based upon Plaintiff's failure to pursue the above-captioned matter, it is **DISMISSED with prejudice under Local Rule 41.1(a).**

3. The Clerk is directed to mark this action closed for statistical purposes.

BY THE COURT:

_____
LOUIS H. POLLAK,                    J.